IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LAPEER COUNTY BANK AND TRUST COMPANY,

Defendant.

Case No. 2:13-cv-14195-BAF-DRG

## ORDER OF COURT

AND NOW, this 8th. day of January, 2014, upon consideration of the Parties' Stipulation of Dismissal (Dkt. #9), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of any alleged class members.

BY THE COURT:

s/ Bernard A. Friedman
Bernard A. Friedman,
U. S. District Court Judge